**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Randy Moore, et al.,<br><br>Defendants. | No. CV-23-00354-TUC-AMM<br><br>**ORDER** |

Having reviewed the Joint Status Report (doc. 23) filed on behalf of Plaintiffs and Federal Defendants on August 26, 2024, wherein the parties seek to extend the Court's Order to Hold the Case in Abeyance (doc. 21), it appears Defendant-Intervenor Southern Arizona Cattlemen's Protective Association, Inc. has not provided its position.

Accordingly,

**IT IS ORDERED** that if the parties seek to extend the abeyance in this case, the parties shall file a motion to extend that includes all parties' positions.

Dated this 29th day of August, 2024.

Honorable Angela M. Martinez
United States District Judge