DORSEY & WHITNEY LLP
Norman D. James (AZ Bar No. 006901)
C. McKenna Sauer (AZ Bar No. 039603)
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Phone: (602) 735-2699
Facsimile: (480) 546-4951
Email: james.norman@dorsey.com
        sauer.mckenna@dorsey.com

*Attorneys for Intervenor-Defendant*
*Southern Arizona Cattlemen's Protective Assn., Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-23-00354-TUC-AMM |
| Plaintiffs, | |
| v. | **SOUTHERN ARIZONA CATTLEMEN'S PROTECTIVE ASSOCIATION, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| Randy Moore, Chief, U.S. Forest Service, et al., | |
| Defendants, | |
| and | |
| Southern Arizona Cattlemen's Protective Association, Inc., | **[Oral Argument Requested]** |
| Intervenor-Defendant. | |

Pursuant to Federal Rule of Civil Procedure Rule 56(a) and Local Rule 56.1, Intervenor-Defendant Southern Arizona Cattlemen's Protective Association, Inc. ("SACPA") hereby moves this Court for an order to granting summary judgment in its favor on all claims asserted by Center for Biological Diversity and Maricopa Audubon Society ("Plaintiffs") in the above-entitled action, and to deny Plaintiffs' motion for summary judgment (Doc. 47).

Judicial review of the U.S. Fish and Wildlife Service's biological opinion regarding livestock grazing on the Coronado National Forest is governed by the Administrative Procedure Act, 5 U.S.C. § 706. *See*, *e.g.*, *San Luis & Delta Mendota Water Auth. v. Locke*,

4904-0666-8941\1

778 F.3d 971, 994 (9th Cir. 2014). Under the Act's arbitrary and capricious standard, and based on the Administrative Records previously lodged with the Court, there is no genuine issue as to any material fact and SACPA is entitled to a judgment in its favor as a matter of law. *See City & Cnty. of San Francisco v. United States*, 130 F.3d 873, 877 (9th Cir. 1997) ("In reviewing an administrative agency decision, 'summary judgment is an appropriate mechanism for deciding the legal question of whether the agency could reasonably have found the facts as it did.'" (citation omitted)).

This Motion is supported by the accompanying Memorandum of Points and Authorities, filed concurrently herewith, and by the agencies' Administrative Records.

RESPECTFULLY SUBMITTED this 19th day of February 2026.

DORSEY & WHITNEY LLP

By: /s/ *Norman D. James*
    Norman D. James
    C. McKenna Sauer
    *Attorneys for Intervenor-Defendant*
    *Southern Arizona Cattlemen's Protective*
    *Assn., Inc.*

4904-0666-8941\1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 19th day of February 2026, a true and correct copy of the foregoing was served and furnished electronically to all parties registered to receive service through CM/ECF listed on the Notice of Electronic Filing.

By: /s/ <i>Norman D. James</i><br>Norman D. James

4904-0666-8941\1